# IN THE UNITED STATES DISTRICT COURT
## FOR THE __WESTERN__ DISTRICT OF TEXAS
_____ DIVISION

**GUADALUPE PADILLA #1088118**

Plaintiff's name and ID Number

**C.T. TERRELL UNIT, T.D.C.J-C.I.D.**

Place of Confinement

**FILED**

AUG 2 4 2022

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　DEPUTY CLERK

CASE NO. __1:22-cv-00779__
(Clerk will assign the number)

v.

**BOBBY LUMPKIN,**

**Director, T.D.C.J.- C.I.D.**

Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __Guadalupe Padilla__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or form of self-employment?　　　Yes　　(No)
    b. Rent payments, interest or dividends?　　　　　　　　Yes　　(No)
    c. Pensions, annuities or life insurance payments?　　　　Yes　　(No)
    d. Gifts or inheritances?　　　　　　　　　　　　　　Yes　　(No)
    e. Family of friends?　　　　　　　　　　　　　　　Yes　　(No)
    f. Any other sources?　　　　　　　　　　　　　　　Yes　　(No)

    If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

    __N/A__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    (Yes)　　　No

    If you answered **YES**, state the total value of the items owned.

    __Prison Account__

_Exhibit IV-2_
_Prisoner Motion to Proceed IFP_

- 1 -

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes    No

If you answered **YES**, describe the property and state its approximate value.

N/A

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

Signed this the 22nd day of August , 20 22 .

_____    #108818
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

*Exhibit IV-2*
*Prisoner Motion to Proceed IFP*

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the _____

(name of institution)

where _____, Inmate ID No. _____, is confined

(name of inmate)

as a prisoner, do hereby certify that:

(1)　　On this day the prisoner has in his account the sum of $_____.

(2)　　During the past six months, the prisoner's:

Average monthly balance was $_____.

Average monthly deposits to the prisoner's account were $_____.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent)

showing transactions for the past six months.

Signed this _____ day of _____, 20___.

_____

Authorized Officer

_____

Institution of Confinement

*Exhibit IV-2*

*Prisoner Motion to Proceed IFP*

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        08/22/22
1J9T/YJA9229                 IN-FORMA-PAUPERIS DATA                 09:35:40
TDCJ#: 01088118 SID#: 03034615 LOCATION: TERRELL          INDIGENT DTE:
NAME: PADILLA,GUADALUPE                 BEGINNING PERIOD: 02/01/22
PREVIOUS TDCJ NUMBERS: 00526630
CURRENT BAL:          55.68 TOT HOLD AMT:       0.00 3MTH TOT DEP:       0.00
6MTH DEP:           100.00 6MTH AVG BAL:       75.04 6MTH AVG DEP:      16.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/22      71.43          0.00          04/22     140.77         100.00
06/22     118.03          0.00          03/22      40.77           0.00
05/22     140.77          0.00          02/22      50.57           0.00
```

STATE OF TEXAS COUNTY OF *Brazoria*
ON THIS THE *22nd* DAY OF *August 2022* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

YOLANDA JAMES
Notary Public-State of Texas
Notary ID #12664278-4
Commission Exp. AUG. 28, 2024
Notary without Bond